13-CV-01352-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSHILA PATEL,<br><br>               Petitioner,<br><br>   v.<br><br>ERIC HOLDER, Attorney General of the United States, et al.,<br><br>              Respondents. | NO. C13-1352-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the parties' stipulated motion for order of dismissal, Dkt. 15, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, finds and Orders as follows:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The parties' stipulated motion for order of dismissal, Dkt. 15, is GRANTED, and this action is DISMISSED without prejudice and without award of costs or fees to either party. Respondents' motion to dismiss, Dkt. 9, is STRICKEN as moot.

    (3)    The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 13th day of November, 2013.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1